UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO THOMPSON, | No. C-14-01143 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| BANK OF AMERICA, NA., ET AL, | |
| Defendant(s). | |

Defendants have filed a motion to dismiss. [Docket No. 7.] Currently, the motion is set for a court hearing on June 5, 2014. Plaintiff is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by April 7, 2014. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS Plaintiff to respond by **April 21, 2014** and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition(s) to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by **April 21, 2014**, Defendants' motion may be granted.

The court further ORDERS that Defendants' shall file a reply, if any, to Plaintiff's opposition no later than April 28, 2014.

IT IS SO ORDERED.

Dated: April 9, 2014

DONNA M. RYU
United States Magistrate Judge