IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALPHONSO THOMPSON,

        Plaintiff,

  v.

BANK OF AMERICA, NA, et al.,

        Defendants.

No. C 14-01143 RS

**ORDER TO SHOW CAUSE**

On June 13, 2014, defendants' motion to dismiss was granted and plaintiff's complaint was dismissed with leave to amend. (ECF No. 26). The prior order set a deadline of July 14, 2014, for plaintiff to lodge any amended complaint. Although plaintiff stated in his opposition brief that he intended to file an amended complaint, no amended pleadings have been filed. Plaintiff shall hereby be provided one further opportunity to file an amended complaint on or before September 5, 2014. If nothing is filed by that date, plaintiff's federal claims will be dismissed with prejudice and this action will be remanded to state court. The Case Management Conference previously scheduled for August 21, 2014, is hereby vacated.

IT IS SO ORDERED.

Dated: 8/15/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE